```
1    KASSRA P. NASSIRI (215405)
     ANDREW R. KISLIK (118772)
2    NASSIRI & JUNG LLP
     47 Kearny Street, Suite 700
3    San Francisco, California 94108
     Telephone:  (415) 762-3100
4    Facsimile:   (415) 534-3200

5    Attorneys for Defendant 1ST DISCOUNT
     BROKERAGE, INC.
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| YULIA KALK, | |
|---|---|
| Plaintiff, | Case No. 15-cv-04950-EMC |
| v. | **STIPULATION AND [PR~~OPOSE~~D] ORDER TO SET ASIDE DEFAULT** |
| 1ST DISCOUNT BROKERAGE, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff, YULIA KALK, by and through her counsel of record, JRA LAW PARTNERS, LLP, and Defendant, 1st DISCOUNT BROKERAGE, INC., by and through its counsel of record, NASSIRI & JUNG LLP, hereby agree and stipulate to the entry of an Order providing as follows:

1. Setting aside the default of Defendant 1st DISCOUNT BROKERAGE, INC. entered on October 5, 2015 in the Superior Court of the State of California for the County of San Francisco; and

2. Permitting Defendant 1st DISCOUNT BROKERAGE, INC. to file an Answer within seven days of the entry of the Order setting aside its default.

///

///

- 1 -
**STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT
CASE NO.: 15-cv-04950-EMC**

Dated: November ~~4~~ 23, 2015

JRA LAW PARTNERS, LLP

By: /s/ Rod Divelbiss
Rod Divelbiss
Attorneys for Plaintiff
YULIA KALK

Dated: November 4, 2015

NASSIRI & JUNG LLP

By: /s/ Kassra P. Nassiri
Kassra P. Nassiri
Attorneys for Defendant
1ST DISCOUNT BROKERAGE, INC.

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation by the parties, as follows:

1. The default of Defendant 1st DISCOUNT BROKERAGE, INC. that was entered on October 5, 2015 in the Superior Court of the State of California for the County of San Francisco is hereby set aside, and

2. Defendant 1st DISCOUNT BROKERAGE, INC., shall file an Answer no later than seven (7) days after the entry of this Order.

The motion to set aside default set for 1/14/16 at 1:30 p.m. is vacated as moot. The CMC is rescheduled from 1:30 p.m. to 9:30 a.m. on 1/14/16. A joint CMC statement shall be filed by 1/7/16.

DATED: 11/25, 2015

By: /s/ Judge Edward M. Chen
District Court Judge

IT IS SO ORDERED AS MODIFIED

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*