1  ROD DIVELBISS  (State Bar No. 102345)
   ALVIN L. FISHMAN (State Bar No. 116795)
2  JRA LAW PARTNERS, LLP
   450 Pacific Avenue, Suite 200
3  San Francisco, CA 94133
   Telephone No.:  (415) 788-4646
4  Facsimile No.:   (415) 788-6929

5  Attorneys for Plaintiff/Counter-Defendant
   YULIA KALK
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  YULIA KALK,                              Case No. 3:15-cv-04950-EMC

11         Plaintiff,                        **JOINT STIPULATION AND
                                             [PRO~~PO~~SED] ORDER VACATING
12     v.                                    AND/OR CONTINUING HEARING
                                             ON MOTION TO DISMISS AND
13  1ST DISCOUNT BROKERAGE, INC., and        MOTION TO STRIKE**
    DOES 1 through 50, inclusive,
14                                           Date:   February 3, 2016
                                             Time:   1:30pm
15         Defendants.                       Dept.:  Courtroom 5, 17th Floor

16                                            Judge: Honorable Edward M. Chen

17  1ST DISCOUNT BROKERAGE, INC.,

18         Counterclaimant,

19     v.

20  YULIA KALK,

21         Counter-Defendant.

22

23         This stipulation is entered into by and between Plaintiff/Counter-Defendant Yulia Kalk

24  ("Kalk" or "Plaintiff") and Defendant/Counterclaimant 1st Discount Brokerage ("1DB" or

25  "Defendant") (Kalk and 1DB shall be referred to collectively as the "Parties").

26         WHEREAS, on December 22, 2015, Plaintiff/Counter-Defendant filed a Motion to

27  Dismiss and Motion to Strike.  Defendant/Counter-Complainant filed its Opposition on January

28  5, 2016.  Plaintiff's Reply Memoranda are due January 12, 2016. The hearing on the Motion to

1

Strike and the Motion to Dismiss is scheduled for February 3, 2016.

WHEREAS, the Parties have met and conferred in an attempt to come to a resolution of this matter;

WHEREAS, the Parties have agreed to further explore settlement and to defer expending resources on addressing the pending Motion to Dismiss and the Motion to Strike; and

WHEREAS, in the interest of judicial economy the Parties have agreed to continue the scheduled Motion to Dismiss and the Motion to Strike in an attempt to finalize a potential resolution of this matter.

Accordingly,

1. The Parties stipulate and agree that the hearing on the Motion to Strike and the Motion to Dismiss currently set for February 3, 2016 be continued to March 3, 2016.

2. The Parties further stipulate and agree that any Reply be filed on or before February 3, 2016.

**JRA LAW PARTNERS, LLP**

Dated: January 11, 2016        By:    /s/ *Rod Divelbiss*
                                      Rod Divelbiss
                                      Attorneys for Plaintiff
                                      YULIA KALK

**NASSIRI & JUNG LLP**

Dated: January 11, 2016        By:    /s/ *Andrew Kislik*
                                      Andrew R. Kislik
                                      Attorneys for Defendant
                                      1ST DISCOUNT BROKERAGE

### ORDER

Based upon the Stipulation of the parties, and good cause showing,

**IT IS ORDERED** that the hearing on the Motion to Dismiss and Motion to Strike are

1  continued to March 3, 2016. It is further ordered that Plaintiff has until February 3, 2016 within
2  which to submit a Reply Memorandum regarding the Motion to Dismiss and Motion to Strike.

4  **IT IS SO ORDERED**. The March 3, 2016 CMC is reset from 9:30 a.m. to 1:30 p.m.  A joint
cmc statement shall be filed by February 26, 2016.

7  DATED: January 12, 2016

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* / Judge Edward M. Chen