```
ROD DIVELBISS  (State Bar No. 102345)
ALVIN L. FISHMAN (State Bar No. 116795)
JRA LAW PARTNERS, LLP
450 Pacific Avenue, Suite 200
San Francisco, CA 94133
Telephone No.:  (415) 788-4646
Facsimile No.:   (415) 788-6929

Attorneys for Plaintiff/Counter-Defendant
YULIA KALK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULIA KALK,<br><br>    Plaintiff,<br><br>v.<br><br>1ST DISCOUNT BROKERAGE, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>1ST DISCOUNT BROKERAGE, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>YULIA KALK,<br><br>    Counter-Defendant. | Case No. 3:15-cv-04950-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM ON MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:    **March 3, 2016**<br>Time:   **1:30pm**<br>Dept.:   **Courtroom 5, 17th Floor**<br><br>Judge: **Honorable Edward M. Chen** |

    This stipulation is entered into by and between Plaintiff/Counter-Defendant Yulia Kalk ("Kalk" or "Plaintiff") and Defendant/Counterclaimant 1st Discount Brokerage ("1DB" or "Defendant") (Kalk and 1DB shall be referred to collectively as the "Parties").

    WHEREAS, on December 22, 2015, Plaintiff/Counter-Defendant filed a Motion to Dismiss and Motion to Strike. The hearing on the Motion to Strike and the Motion to Dismiss was initially scheduled for February 3, 2016;

1    3:15-cv-04950-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM ON MOTION TO DISMISS AND MOTION TO STRIKE**

JRA LAW PARTNERS, LLP
450 PACIFIC AVE, SUITE 200
SAN FRANCISCO, CA 94133
(415) 788-4646

1  WHEREAS, the Parties met and conferred in an attempt to come to a resolution of this
2  matter;

3  WHEREAS, the Parties thereupon agreed to continue the hearings on the Motions to allow
4  further exploration of settlement and to defer expending resources needed to address the pending
5  Motion to Dismiss and the Motion to Strike;

6  WHEREAS, the Parties agreed to continue the Motion to Dismiss and the Motion to Strike
7  from February 3, 2016 to March 3, 2016 and this Court entered an Order continuing the hearing to
8  March 3, 2016 (Dkt. 22) to finalize a potential resolution of this matter; and

9  WHEREAS, the Parties have tentatively come to an agreement to resolve the entire dispute
10 and are currently circulating settlement documents;

11 WHEREAS, pursuant to this Court's earlier Order (Dkt 22) Plaintiff/Counter-Defendant
12 Yulia Kalk Reply Memorandum is due February 3, 2016; and

13 WHEREAS, in the interest of judicial economy and avoiding the expenditure of potentially
14 unnecessary fees and costs the Parties have agreed that Plaintiff/Counter-Defendant Yulia Kalk
15 shall have until February 11, 2016 within which to file any Reply Memorandum in the event that
16 the settlement is not finalized by that time.

17 Accordingly, the Parties further stipulate and agree that any Reply be filed on or before
18 February 11, 2016.

**JRA LAW PARTNERS, LLP**

21 Dated: February 3, 2016     By:    /s/ *Rod Divelbiss*
                                      Rod Divelbiss
                                      Attorneys for Plaintiff
                                      YULIA KALK

**NASSIRI & JUNG LLP**

26 Dated: February 3, 2016     By:    /s/ *Andrew Kislik*
                                      Andrew R. Kislik
                                      Attorneys for Defendant
                                      1ST DISCOUNT BROKERAGE

2                                                                       3:15-cv-04950-EMC
**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM ON MOTION TO DISMISS AND MOTION TO STRIKE**

JRA LAW PARTNERS, LLP
450 PACIFIC AVE, SUITE 200
SAN FRANCISCO, CA 94133
(415) 788-4646

# ORDER

Based upon the Stipulation of the parties, and good cause showing,

**IT IS ORDERED** that the hearing on the Motion to Dismiss and Motion to Strike remain on March 3, 2016. It is further ordered that Plaintiff/Counter-Defendant has until February 11, 2016 within which to submit a Reply Memorandum regarding the Motion to Dismiss and the Motion to Strike.

**IT IS SO ORDERED**

DATED: 2/8/16

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# ECF ATTESTATION

I, Rod Divelbiss, am the ECF user whose ID and password are being used to file this document. I hereby attest that Andrew R. Kislik has concurred in this filing.

Dated: February 3, 2016                            **JRA LAW PARTNERS, LLP**

                                                   By:   /s/ *Rod Divelbiss*
                                                         Rod Divelbiss
                                                         Attorneys for Plaintiff
                                                         YULIA KALK

JRA LAW PARTNERS, LLP
450 PACIFIC AVE, SUITE 200
SAN FRANCISCO, CA 94133
(415) 788-4646

3                                                             3:15-cv-04950-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM ON MOTION TO DISMISS AND MOTION TO STRIKE**