1  KASSRA P. NASSIRI (215405)
   ANDREW R. KISLIK (118772)
2  NASSIRI & JUNG LLP
   47 Kearny Street, Suite 700
3  San Francisco, California 94108
   Telephone:  (415) 762-3100
4  Facsimile:   (415) 534-3200

5  Attorneys for Defendant/Counterclaimant
   1ST DISCOUNT BROKERAGE, INC.
6
   ROD DIVELBISS (102345)
7  JRA LAW PARTNERS, LLP
   450 Pacific Avenue, Suite 200
8  San Francisco, CA 94133
   Telephone: (415) 788-4646
9  Facsimile: (415) 788-6929

10 Attorneys for Plaintiff/Counter-Defendant
   YULIA KALK
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| YULIA KALK, | |
|---|---|
| Plaintiff, | Case No. 15-cv-04950 |
| v. | **STIPULATION TO VOLUNTARY DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| 1ST DISCOUNT BROKERAGE, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |
| 1ST DISCOUNT BROKERAGE, INC., | |
| Counterclaimant, | |
| v. | |
| YULIA KALK, | |
| Counter-Defendant. | |

Pursuant to Rule 41(a)(1) & Rule 41(c) of the Federal Rules of Civil Procedure, Plaintiff YULIA KALK and Defendant 1st DISCOUNT BROKERAGE, INC., by and through their

counsel of record, hereby agree and stipulate to the voluntary dismissal of this action. Plaintiff dismisses her Complaint for Indemnity and Declaratory Relief and the claims therein with prejudice. Counterclaimant 1st DISCOUNT BROKERAGE, INC. dismisses its Counterclaim for Failure to Comply with California Labor Code sections 2854, 2859, 2858 and 2865 and for Negligence and the claims therein with prejudice.

Dated: February 9, 2016                                          JRA LAW PARTNERS, LLP

                                                                 By:         /s/ Rod Divelbiss
                                                                             Rod Divelbiss
                                                                         Attorneys for Plaintiff
                                                                             YULIA KALK

Dated: February 9, 2016                                          NASSIRI & JUNG LLP

                                                                 By:         /s/ Andrew R. Kislik
                                                                             Andrew R. Kislik
                                                                         Attorneys for Defendant
                                                                    1ST DISCOUNT BROKERAGE, INC.

### ECF ATTESTATION

I, Rod Divelbiss, am the ECF user whose ID and password are being used to file this document. I hereby attest that Andrew R. Kislik has concurred in this filing. Dated: February 9, 2016 NASSIRI & JUNG LLP By: /s/ Andrew R. Kislik Attorneys for Defendant 1ST DISCOUNT BROKERAGE, INC.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

*IT IS SO ORDERED*
*Judge Edward M. Chen*